USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3 June 08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA,

         - against -                       08 Cr. 300 (DAB)
                                               ORDER

CHUN KIT LI and YI LI

                    Defendant.
--------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court has reviewed the submissions from defense attorney Erika McDaniel Edwards on behalf of Ms. Li and defense attorney Philip Weinstein on behalf of Mr. Li regarding the potential conflict of interest caused by Defendants joint representation by defense attorney Marie Scavetta Esq. Based on the Court's hearing of May 14, 2008 and these subsequent submissions the Court determines that the Defendants are each making a knowing and voluntary waiver of any potential conflict created by said joint representation. As this is a waivable conflict, the Court ACCEPTS their waivers.

A conference is scheduled in this matter for 4:30PM on June 17, 2008. Pursuant to the Speedy Trial Act, and in the interest of justice, time is excluded until that date and time.

SO ORDERED.

Dated:   New York, New York
         June 3, 2008

                                           _____
                                           DEBORAH A. BATTS
                                           United States District Judge