| M J S |

# LAW OFFICE OF MARIE J. SCAVETTA, P.C.

118-21 Queens Blvd., Suite ~~509~~ 416
Forest Hills, NY 11375
(718) 263-2800   (718) 554-0512
Fax (718) 554-0577

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: June 11, 2008

RECEIVED
JUN 11 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Via First Class Mail

June 9, 2008

Honorable Deborah L. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007

Re:  United States v. Chun Kit Li and Yi
     Case No.: 08 CR.300.

MEMO ENDORSED

Dear Judge Batts:

Due to a scheduling conflict, I am requesting that the conference originally set for June 17, 2008 at 4:30 p.m.; be rescheduled to Monday morning June 23, 2008, or another date convenient to the court.

I was unable to speak with the assigned assistant, Mark Lanpher, according to his voice-mail he is currently on trial. However, in addition to leaving a detailed message on his voice-mail I have faxed him a copy of this letter.

I will be on vacation and unavailable from Monday, June 30, 2008 through Friday July 4, 2008.

Should you have any questions or require any additional information you may contact me at my office or by cell phone, my number is 646-359-2323. Thank you.

Sincerely yours,

Marie J. Scavetta
Marie J. Scavetta, Esq.

cc: Mark Lanpher, Assistant U.S. Attorney

[Handwritten endorsement: GRANTED new date is July 7, 2008 at 11:00 AM /DAB/ in the interest of justice time is excluded until that day /DAB/]

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
June 11, 2008

MEMO ENDORSED